UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------x

JENNIFER HYMAN,

                              Plaintiff,

                                                  Civil Action No.
    v.                                            13-cv-1414 (FLW)

ANDREW SAUL                                     Judgment
COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-------------------------------------------------------------x

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

Dated: June 15, 2020                             _____
                                                         HON. FREDA L. WOLFSON
                                                         United States Chief District Judge